# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

In re: HOMEROOMS, INC.  §  Case No. 17-51324
§
§
§
       Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

       Lucy G. Sikes, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

       1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

       2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $100,700.00 | Assets Exempt: N/A |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $1,447,504.49 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $52,495.51 | |

       3) Total gross receipts of $1,500,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,500,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|                                                          | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID    |
|----------------------------------------------------------|------------------|-----------------|----------------|----------------|
| SECURED CLAIMS (from **Exhibit 3**)                      | $4,400,000.00    | $1,984,999.05   | $1,439,791.30  | $1,439,791.30  |
| PRIORITY CLAIMS:                                         |                  |                 |                |                |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**)   | $0.00            | $45,568.51      | $45,568.51     | $45,568.51     |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00          | $6,927.00       | $6,927.00      | $6,927.00      |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**)           | $192,000.00      | $37,518.45      | $41,013.85     | $7,713.19      |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**)            | $102,504.00      | $35,919.54      | $33,106.81     | $0.00          |
| **TOTAL DISBURSEMENTS**                                  | $4,694,504.00    | $2,110,932.55   | $1,566,407.47  | $1,500,000.00  |

4) This case was originally filed under chapter 11 on 10/10/2017, and it was converted to chapter 7 on 04/16/2018. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/02/2020

By: /s/ Lucy G. Sikes

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Hotel Property located at 2503 SE Evangeline Thruway, Lafayette, LA | 1110-000 | $1,500,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,500,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | | None | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Gulf Coast Bank | 4110-000 | $1,800,000.00 | $1,984,999.05 | $1,439,791.30 | $1,439,791.30 |
| N/F | Michael J. Munro | 4110-000 | $2,600,000.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$4,400,000.00** | **$1,984,999.05** | **$1,439,791.30** | **$1,439,791.30** |

**UST Form 101-7-TDR ( 10 /1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Lucy G. Sikes | 2100-000 | NA | $10,000.00 | $10,000.00 | $10,000.00 |
| Trustee, Expenses - Lucy G. Sikes | 2200-000 | NA | $199.69 | $199.69 | $199.69 |
| Fees, United States Trustee | 2950-000 | NA | $1,300.00 | $1,300.00 | $1,300.00 |
| Costs re Sale of Property - Lafayette Parish Clerk | 2500-000 | NA | $855.00 | $855.00 | $855.00 |
| Other State or Local Taxes (post-petition) - Lafayette Parish Tax Collector | 2820-000 | NA | $14,353.70 | $14,353.70 | $14,353.70 |
| Attorney for Trustee Fees (Other Firm) - Stewart Robbins Brown | 3210-000 | NA | $15,000.00 | $15,000.00 | $15,000.00 |
| Attorney for Trustee Expenses (Other Firm)  - Stewart Robbins Brown | 3220-000 | NA | $2,021.07 | $2,021.07 | $2,021.07 |
| Accountant for Trustee Fees (Other Firm) - Rozier Harrington and McKay, CPA | 3410-000 | NA | $1,800.00 | $1,800.00 | $1,800.00 |
| Accountant for Trustee Expenses (Other Firm) - Rozier Harrington and McKay, CPA | 3420-000 | NA | $39.05 | $39.05 | $39.05 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$45,568.51** | **$45,568.51** | **$45,568.51** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Attorney for D-I-P Fees - Weinstein & St. Germain, LLC | 6210-160 | NA | $6,927.00 | $6,927.00 | $6,927.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$6,927.00** | **$6,927.00** | **$6,927.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Louisiana Workforce Commission | 5800-000 | NA | $0.00 | $3,495.40 | $657.36 |
| 6-P | Louisiana Dept. of Revenue | 5800-000 | NA | $37,518.45 | $37,518.45 | $7,055.83 |
| N/F | Lafayette Parish School Board | 5600-000 | $172,000.00 | NA | NA | NA |
| N/F | State of Louisiana | 5600-000 | $20,000.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$192,000.00** | **$37,518.45** | **$41,013.85** | **$7,713.19** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Level 3 Communications | 7100-000 | NA | $3,220.52 | $3,220.52 | $0.00 |
| 4 | ATMOS ENERGY CORPORATION ATTN: BANKRUPTCY GROUP | 7100-000 | NA | $2,812.73 | $0.00 | $0.00 |
| 5 | Entergy Louisiana, LLC | 7100-000 | $15,663.00 | $10,694.72 | $10,694.72 | $0.00 |
| 6-U | Louisiana Dept. of Revenue | 7100-000 | NA | $8,829.41 | $8,829.41 | $0.00 |
| 8 | ATMOS ENERGY CORPORATION ATTN: BANKRUPTCY GROUP | 7100-000 | $5,000.00 | $10,362.16 | $10,362.16 | $0.00 |
| N/F | Direct TV Systems | 7100-000 | $2,000.00 | NA | NA | NA |
| N/F | Entergy | 7100-000 | $3,941.00 | NA | NA | NA |
| N/F | Level 3 Communications | 7100-000 | $3,400.00 | NA | NA | NA |
| N/F | Progressive Waste | 7100-000 | $2,500.00 | NA | NA | NA |
| N/F | TIG Holdings, Inc. c/o Michael J. Munro | 7100-000 | $50,000.00 | NA | NA | NA |
| N/F | Timothy Brooks | 7100-000 | $20,000.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$102,504.00** | **$35,919.54** | **$33,106.81** | **$0.00** |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 17-51324

**Case Name:** HOMEROOMS, INC.

**For Period Ending:** 04/02/2020

**Trustee Name:** (380110) Lucy G. Sikes

**Date Filed (f) or Converted (c):** 04/16/2018 (c)

**§ 341(a) Meeting Date:** 07/13/2018

**Claims Bar Date:** 10/31/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at Jeff Davis Bank | 700.00 | 0.00 | | 0.00 | FA |
| 2 | Furniture, Fixtures & Equipment. | 100,000.00 | 0.00 | | 0.00 | FA |
| 3* | Hotel Property located at 2503 SE Evangeline Thruway, Lafayette, LA<br>9/27/2018; Trustee to sell real estate free and clear of liens.  lgs (See Footnote) | 4,000,000.00 | 0.00 | | 1,500,000.00 | FA |
| 3 | **Assets Totals (Excluding unknown values)** | **$4,100,700.00** | **$0.00** | | **$1,500,000.00** | **$0.00** |

RE PROP# 3       9/27/2018; Awaiting sale of real estate.  lgs

**Major Activities Affecting Case Closing:**

1/30/2020 Received Order of Distribution mlf
12/04/2019 TFR submitted. lgs
10/22/2019; Received order to pay CPA, will move forward with claims objections. lgs
9/10/2019; Filed Application for Compensation of CPA; hearing set 10/16. lgs
5/15/2019; Received returns and filing with IRS/LDR. No taxes due. lgs
2/5/2019; Emailed attorney regarding returns.  lgs
1/16/2019; Issued check for attorney fees to Stewart Robbins Brown. lgs
10/31/2018; Reviewed claims. lgs
10/29/2018; Sale closing pending in early November. lgs
9/27/2018; Awaiting sale of real estate. lgs
8/29/2018; Sale Motion approved, sep hearing set 9/18/2018 to protect property of the estate. lgs
7/9/2018; Application to Employ CPA filed. lgs

**Initial Projected Date Of Final Report (TFR):** 10/31/2019

**Current Projected Date Of Final Report (TFR):** 12/04/2019 (Actual)

04/02/2020
_____
Date

/s/Lucy G. Sikes
_____
Lucy G. Sikes

# Form 2

## Cash Receipts And Disbursements Record

**Exhibit 9**

Page: 1

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 17-51324 | | | **Trustee Name:** | | Lucy G. Sikes (380110) |
| **Case Name:** | HOMEROOMS, INC. | | | **Bank Name:** | | United Bank |
| **Taxpayer ID #:** | **-***8979 | | | **Account #:** | | ********8870 Checking |
| **For Period Ending:** | 04/02/2020 | | | **Blanket Bond (per case limit):** | | $33,628,643.00 |
| | | | | **Separate Bond (if applicable):** | | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/11/18 | | Carl Duhon APLC | Payment of closing proceeds | | 45,000.00 | | 45,000.00 |
| | | Gulf Coast Bank | Payoff of first mortgage | 4110-000 | | | |
| | | | -$1,439,791.30 | | | | |
| | | Lafayette Parish Tax Collector | 2017 Property taxes | 2820-000 | | | |
| | | | -$7,761.63 | | | | |
| | | Lafayette Parish Clerk | Recording fees | 2500-000 | | | |
| | | | -$855.00 | | | | |
| | | Lafayette Parish Tax Collector | 2018 property taxes pro-rated | 2820-000 | | | |
| | | | -$6,592.07 | | | | |
| | {3} | Hewitt Brooks Bernard | Gross sale 2503 SW Evangeline Thruway, Lafayette LA 70508 | 1110-000 | | | |
| | | | $1,500,000.00 | | | | |
| 01/16/19 | 101 | Stewart Robbins Brown | Payment of fees and expenses per order Docket #91 | | | 17,021.07 | 27,978.93 |
| | | Stewart Robbins Brown | Attorney fees docket #91 | 3210-000 | | | |
| | | | $15,000.00 | | | | |
| | | Stewart Robbins Brown | Attorney expenses docket #91 | 3220-000 | | | |
| | | | $2,021.07 | | | | |
| 10/22/19 | 102 | Rozier Harrington and McKay, CPAS | Payment of fees and expenses per order docket #96 | | | 1,839.05 | 26,139.88 |
| | | Rozier Harrington and McKay, CPA | CPA fees per order docket #96 | 3410-000 | | | |
| | | | $1,800.00 | | | | |
| | | Rozier Harrington and McKay, CPA | CPA expenses per order docket #96 | 3420-000 | | | |
| | | | $39.05 | | | | |
| 01/30/20 | 103 | Lucy G. Sikes | Combined trustee compensation & expense dividend payments. | | | 10,199.69 | 15,940.19 |
| | | Lucy G. Sikes | Claims Distribution - Wed, 12-04-2019 | 2100-000 | | | |
| | | | $10,000.00 | | | | |
| | | Lucy G. Sikes | Claims Distribution - Wed, 12-04-2019 | 2200-000 | | | |
| | | | $199.69 | | | | |
| 01/30/20 | 104 | United States Trustee (ADMINISTRATIVE)</b> | Distribution payment - Dividend paid at 100.00% of $1,300.00; Claim # 7; Filed: $1,300.00 | 2950-000 | | 1,300.00 | 14,640.19 |
| 01/30/20 | 105 | Weinstein & St. Germain, LLC | Distribution payment - Dividend paid at 100.00% of $6,927.00; Claim # 9; Filed: $6,927.00 | 6210-160 | | 6,927.00 | 7,713.19 |
| 01/30/20 | 106 | Louisiana Workforce Commission | Distribution payment - Dividend paid at 18.81% of $3,495.40; Claim # 1; Filed: $0.00 | 5800-000 | | 657.36 | 7,055.83 |
| 01/30/20 | 107 | Louisiana Dept. of Revenue | Distribution payment - Dividend paid at 18.81% of $37,518.45; Claim # 6-P; Filed: $37,518.45 | 5800-000 | | 7,055.83 | 0.00 |

**Page Subtotals:** **$45,000.00** **$45,000.00**

*{ } Asset Reference(s)* UST Form 101-7-TDR (10 /1/2010) *- transaction has not been cleared*

**Exhibit 9**

Page: 2

# Form 2

# Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 17-51324 | |
| **Case Name:** | HOMEROOMS, INC. | |
| **Taxpayer ID #:** | **-***8979 | |
| **For Period Ending:** | 04/02/2020 | |

| | |
|---|---|
| **Trustee Name:** | Lucy G. Sikes (380110) |
| **Bank Name:** | United Bank |
| **Account #:** | ********8870 Checking |
| **Blanket Bond (per case limit):** | $33,628,643.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | COLUMN TOTALS | | | 45,000.00 | 45,000.00 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 45,000.00 | 45,000.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $45,000.00 | $45,000.00 | |

*{ } Asset Reference(s)*          **UST Form 101-7-TDR (10 /1/2010)**          *! - transaction has not been cleared*

Exhibit 9

Page:   3

# Form 2

## Cash Receipts And Disbursements Record

**Case No.:**          17-51324                                    **Trustee Name:**          Lucy G. Sikes (380110)

**Case Name:**          HOMEROOMS, INC.                            **Bank Name:**          United Bank

**Taxpayer ID #:**          **-***8979                             **Account #:**          ********8870 Checking

**For Period Ending:** 04/02/2020                                 **Blanket Bond (per case limit):** $33,628,643.00

                                                                  **Separate Bond (if applicable):** N/A

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ********8870 Checking | $45,000.00 | $45,000.00 | $0.00 |
| | **$45,000.00** | **$45,000.00** | **$0.00** |

04/02/2020                                          /s/Lucy G. Sikes
_____                                     _____
Date                                                Lucy G. Sikes